IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES MAURICE CARROLL,<br>a/k/a "Webb" | CRIMINAL NO: 2:21-506-RMG |

## MOTION TO DISMISS INDICTMENT

The United States of America by and through its undersigned counsel, respectfully moves this Court for leave to dismiss the Indictment in the above-entitled case with prejudice; and in support of this motion, avers as follows:

On August 10, 2021, the grand jury for the District of South Carolina returned an Indictment against the defendant in the above-entitled case, charging the defendant with Conspiracy to Possess with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), 846.

The Defendant is deceased. Further investigation and review of the evidence reveals that the interests of justice would best be served by a dismissal as opposed to further prosecution.

<<< SIGNATURE ON FOLLOWING PAGE >>>

-1-

- 2 -

                    ADAIR F. BOROUGHS
                    UNITED STATES ATTORNEY

                    s/ Whit Sowards
                    Whit Sowards (#11844)
                    Assistant U.S. Attorney
                    151 Meeting Street
                    Post Office Box 978
                    Charleston, South Carolina 29402
                    Telephone: (843) 727-4381
                    john.sowards@usdoj.gov